FILED

MAY - 8 2008

(MB)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1481-DMS |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| MARIO GOMEZ-MARTIN, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about May 14, 2007, within the Southern District of California, defendant MARIO GOMEZ-MARTIN, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his name was Gomez Martinez-Mario, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and

//
//
//
//

WDK:psd:San Diego
5/8/08

1  fraudulent when made; in violation of Title 18, United States Code,
2  Section 1001.
3       DATED: May 8, 2008.

KAREN P. HEWITT
United States Attorney

*Tara Stringley*
for DOUGLAS KEEHN
Assistant U.S. Attorney

2